AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00579 |
| Julia Jeanette Sizer | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 8/25/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Julia Jeanette Sizer                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.08.25 16:21:40 -04'00'

City and state: Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                               *Printed name and title*

---

### Return

This warrant was received on *(date)* 08/27/2021, and the person was arrested on *(date)* 09/02/2021
at *(city and state)* PITTSBURGH, PA.

Date: 09/02/2021

*Arresting officer's signature*

ANGELA M. BRONSON, SA
*Printed name and title*