# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-mj-00579-GMH |
| | ) | |
| v. | ) | |
| | ) | |
| JULIA JEANETTE SIZER | ) | |

## NOTICE OF ENTRY OF APPEARANCE

**To the Clerk of this Court and All Parties of Record:**

Please note the appearance of Jason A. Grant as counsel for Defendant, Julia Jeanette Sizer, in the above-captioned case.

Respectfully Submitted,

/s/ Jason A. Grant_____
Jason A. Grant, Esq. Bar #1005856
GO Law Group, PLLC
1775 I St. NW, Suite 1150
Washington, DC 20006
Tel: 202-587-5680
Fax: 202-318-9161
E-mail: jagrant@thegolawgroup.com
*Counsel for Defendant*

Date: October 5, 2021

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October 2021, a copy of the foregoing Notice of Entry of Appearance was filed and served via this Court's Electronic Case Filing Service ("ECF") on the following:

Kathryn E. Fifield
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
202-353-3087
kathryn.fifield@usdoj.gov

/s/ Jason A. Grant_____
Jason A. Grant