## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:21-mj-00579-GMH |
| ) | |
| v.  ) | |
| ) | |
| JULIA JEANETTE SIZER ) | |

### MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

AND NOW, comes Defendant, Julia Jeanette Sizer, pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, and moves for the *pro hac vice* admission of Robert E. Mielnicki, Esquire and in support thereof states as follows:

1. Robert E. Mielnicki is an attorney licensed in the Commonwealth of Pennsylvania with an office located at 429 Fourth Avenue, Suite 1002, Pittsburgh, PA 15219

2. Robert E. Mielnicki is admitted to practice before the United States District Court for the Western District of Pennsylvania, The Third Circuit Court of Appeals, and the United States Supreme Court.

3. Robert E. Mielnicki is a CJA Attorney in the United States District Court for the Western District of Pennsylvania.

4. Robert E. Mielnicki has been representing Defendant since March of 2021.

5. Robert E. Mielnicki has never been admitted *pro hac vice* in the United States District Court for the District of Columbia, but he has been admitted *pro hac vice* in the United States District Court for the Middle District of Pennsylvania and the for the Eastern District of Pennsylvania.

6.	Defendant, Julia Jeanette Sizer, respectfully requests that this motion be granted as Robert E. Mielnicki has represented her in this matter since March of 2021.

7.	This motion is made by Jason A. Grant, who is a member in good standing of this Bar.

8.	In further support of this motion, and pursuant to Rule 83.2(d), attached as Exhibit 1 is a certification by Robert E. Mielnicki.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting this motion and admitting Robert E. Mielnicki to represent Defendant, Julia Jeanette Sizer, *pro hac vice*.

Respectfully submitted,

/s/ Jason A. Grant_____
Jason A. Grant, Esq. Bar #1005856
GO Law Group, PLLC
1775 I St. NW, Suite 1150
Washington, DC 20006
Tel: 202-587-5680
Fax: 202-318-9161
E-mail: jagrant@thegolawgroup.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 5, 2021 a true and correct copy of this Motion was served by electronic means on the following:

Kathryn E. Fifield
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
202-353-3087
kathryn.fifield@usdoj.gov

/s/ Jason A. Grant_____
Jason A. Grant