AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-CR-00621-CRC-1 |
| JULIA JEANETTE SIZER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julia Jeanette Sizer

Date:    10/14/2021

*Robert E. Mielnicki*
*Attorney's signature*

Robert E. Mielnicki
*Printed name and bar number*

429 Fourth Avenue
Suite 1002
Pittsburgh, PA 15219
*Address*

remielnicki@gmail.com
*E-mail address*

(412) 288-0300
*Telephone number*

(412) 288-8943
*FAX number*