# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21CR 00621 |
| | ) | Honorable Christopher R. Cooper |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JULIA SIZER | ) | |

## SUPPLEMENT TO SENTENCING MEMORANDUM

AND NOW, comes Defendant, Julia Sizer, by and through her attorney, Robert E. Mielnicki, Esquire, and respectfully submits the following supplement to Defendant's sentencing Memorandum.

Attached are three statements in support of Defendant, Julia Sizer.

s/Robert E. Mielnicki<br>
Robert E. Mielnicki, Esquire<br>
Attorney for Defendant

To Whom This May Concern:

I have known Julia Sizer for over 15 years, I can honestly say that I would have never thought I would have to write a letter that describes her character. This is because anyone that has the privilege to know her, knows who she is. I can tell you that she is a person you can count on, that shows up (always early) when she tells you, and tells the truth no matter what. She loves God and her country, and is extremely honest and loyal. Her words actually mean something. I am an only child, meaning I had to make friends in all areas of my life, I have searched a long time to find a friend like Julia. She is not just what every friend should be, she is what every person should strive to be. After I lost my husband, her and her family welcome my children and I into their lives without blinking an eye, not one questioned ask. So, essentially I have actually gained a sister.

Julia is the type of person who sees a family on the side of the road, runs to get them food, coats and hats, and makes sure they have a place to stay. She is an incredible small business owner, who puts her employees and their families first. I have watched her build her business from literally the ground up. I see her worry about how her choices will affect her employees and those around her first, before she worries about herself. I have watched her invest countless hours to make sure her business succeeds, during a pandemic, during the backlash from January 6th....not for her, but to make sure her employees are able to keep working.

On January 6, 2021, I called Julia frantic to make sure she was safe. She replied, "yes, why?" I asked her to turn on the news. I could feel her emotion on the other end of the phone. She said to me, "I had no idea this was happening. I feel sick." She truly had no idea. Since that day, I cannot tell you a time she made one excuse for the events that took place on that day. Even after social media and various news outlets attempt to portray her as a criminal and not the person she truly is.

Julia is an honest hard working, small business owner, who loves God, her country and her family and friends...and the stranger on the street. She is from a small town in Pennsylvania, where your word still means something. She is human, who makes mistakes and learns from them. The events on January 6th, 2020 should not and cannot define her character. I know whatever the outcome is she has already learned from the

choices that she made on that day. That is just simply who she is.

Thank you,
Heather Walker

From: Julia Sizer jsizer61@gmail.com
Subject: Fwd: Character Letter
Date: Jan 31, 2022 at 3:12:03 PM
To: Robert Mielnicki remielnicki@gmail.com

---------- Forwarded message ---------
From: **Ashland Griggs** <ashlandgriggs@gmail.com>
Date: Sun, Jan 30, 2022 at 6:45 PM
Subject: Character Letter
To: <Jsizer61@gmail.com>

Hello,

My name is Ashland Griggs. I have known Julia Sizer for 5 years. In those 5 years, Julia has become someone I deeply respect, trust and admire.

Our relationship began as I was seeking a state of the art nail salon. Turns out, there was one right down the road from me with Julia as it's owner. We now see one another every other week and I consider her a dear friend.

Julia's work ethic and character is something to be admired. She is respected in the community - both as a business owner and a person. She constantly promotes fellow local businesses - carrying their items in her salon to heavily promoting them on social media and in person. Julia even promotes fellow salons that could take business from her, she is that selfless and that much of a team player. Her salon buzzes with business. In my local community Facebook group, any time a request pops up for a terrific nail salon, Julia's is the top recommendation. She is an owner that CARES about her clients and her community.

During my bi-weekly nail appointments, Julia and I often chat about our children. Hers are a little older than mine and involved in sports and community activities. She balances family life and runs her busy business so well, I am often asking for advice! Julia's children are healthy, happy and, it is easy to see, the highlights of her life. I would trust her with my own, no question.

I often tell Julia she is one of my favorite people. She is. For all the reasons listed

above and more (she has a terrific sense of humor)!
Julia is a truly GOOD person – her character deeply reflected in the community around her. Those blessed enough to know her – love her.

Sincerely,

Ashland Griggs
(864) 616 - 3582

From: Julia Sizer jsizer61@gmail.com
Subject: Fwd: Letter
Date: Jan 31, 2022 at 3:12:16 PM
To: Robert Mielnicki remielnicki@gmail.com

---------- Forwarded message ---------
From: **Carrie Czar** <carrieczar@hotmail.com>
Date: Sat, Jan 29, 2022 at 10:23 PM
Subject: Letter
To: Julia Sizer <jsizer61@gmail.com>

I have known Julia for 20 years. We met when I moved to Pittsburgh in 2001. Throughout these 20 years I have had the pleasure of calling her one of my best friends and also my sister in law. I have witnessed her to be a loving and devoted wife and mother. I can strongly say she has an amazing love for her family and has raised wonderful children.

I also have experienced in the years I have known her devotion to me and my family. With four girls, one being special needs, she has been there for us through dozens of hospital admissions in some of our most difficult days. She with a drop of a hat has and continues to help us when needed and loves our children like her own.

In 20 years, I have had the pleasure of watching Julia grow into an amazing business woman. She has illustrated an outstanding work ethic and has respect from employees and clients. Her professional courtesy and amazing character has been the essence of success in all areas of her life.

I am blessed by God to know her and call her friend and family. Thank you.

Carrie Czar

Get Outlook for Android